(No. 6516—■■■■■■■■■■■■■■■■)

BELDEN MANOR SHELTER HOME, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed May 9, 1972.*

CENCO CARE CORPORATION, for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.